IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CORY COTTINGHAM | : | CIVIL ACTION |
| | : | No. 14-2793 |
| v. | : | |
| | : | |
| TUTOR PERINI BUILDING CORP. | : | |

## ORDER

AND NOW, this 19th day of October, 2015, upon consideration of plaintiff Cory Cottingham's motion for leave to file an amended complaint and to remand the instant matter to the Court of Common Pleas for Philadelphia County (Dkt. No. 14), plaintiff's supplemental memorandum of law (Dkt. No. 17), defendant Tutor Perini Building Corp.'s opposition (Dkt. No. 18), plaintiff's reply (Dkt. No. 19) and defendant's surreply (Dkt. No. 20), it is ORDERED that:

1) Plaintiff's motion is DENIED the extent that he seeks remand to the Court of Common Pleas for Philadelphia County; and

2) Plaintiff's motion is GRANTED to the extent that plaintiff seeks leave to amend his complaint to add Keating Building Corporation as a defendant to this action. The Clerk is directed to file plaintiff's second amended complaint (Dkt. No. 15-8) of record and issue a summons as to Keating Building Corporation only.

It is further ORDERED that all current discovery deadlines shall be deferred until after the second amended complaint has been served on Keating Building Corporation and defendants file responsive pleadings when a new discovery schedule will be set by the Court.

                                            *s/Thomas N. O'Neill, Jr.*
                                       THOMAS N. O'NEILL, JR., J.