IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CORY COTTINGHAM | : | CIVIL ACTION |
| | : | No. 14-2793 |
| v. | : | |
| | : | |
| TUTOR PERINI BUILDING CORP., et al. | : | |

FILED
JAN 05 2016
MICHAEL E. KUNZ, Clerk
By____ Dep. Clerk

**ORDER**

AND NOW, this 5th day of January, 2016, upon consideration of plaintiff Cory Cottingham's motion seeking to voluntarily dismiss his complaint pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure (Dkt. No. 29), the response thereto by defendants Tutor Perinini Building Corp. and Keating Building Corporation (Dkt. No. 31), plaintiff's reply (Dkt. No. 34), defendants' surreply (Dkt. No. 38) and plaintiff's supplemental reply (Dkt. No. 41), it is ORDERED that the motion is DENIED.

Upon consideration of defendants' motion for preliminary injunction (Dkt. No. 32), plaintiff's response (Dkt. No. 36) and defendants' reply (Dkt. No. 40), and consistent with the accompanying memorandum of law, it is ORDERED that the motion for a preliminary injunction is GRANTED as follows: plaintiff Cory Cottingham is enjoined from further proceeding in the action captioned Cottingham v. Creek Equipment, LLC, et al., currently pending in the Court of Common Pleas for Philadelphia County, Trial Division – Civil, July Term 2015, No. 01038. The injunction shall not issue until Plaintiffs post a bond in the amount of $100. Thereafter, the injunction issued in this Order shall continue in effect pending the entry of judgment in the present case.

Upon consideration of defendants' motion for sanctions pursuant to 28 U.S.C. § 1927 (Dkt. No. 33), plaintiff's response (Dkt. No. 37) and defendants' reply (Dkt. No. 39) it is

-2-

ORDERED that the motion for sanctions is DENIED.

_____
for THOMAS N. O'NEILL, JR., J.