IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CORY COTTINGHAM | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 14-2793 |
| | : | |
| TUTOR PERINI BUILDING CORP. et al. | : | |

## ORDER

AND NOW this 21st day of February, 2017, upon consideration of the motion for summary judgment by defendants Tutor Perini Building Corporation and Keating Building Corporation,[1] and accompanying briefs, Dkt. Nos. 66 (Mot. and Mem.), 69 (Reply) and 71 (Sur-Reply), and the responses of plaintiff Cory Cottingham, Dkt. Nos. 68 (Response) and 70 (Reply), it is ORDERED that defendants' motion is GRANTED.  JUDGMENT is ENTERED in favor of defendants, Tutor Perini Building Corporation and Keating Building Corporation, and against plaintiff Cory Cottingham on all claims.

The Clerk of Court shall mark this case CLOSED.

_s/Thomas N. O'Neill, Jr._
THOMAS N. O'NEILL, JR., J.

---

[1]      Plaintiff sues defendant Keating Building Company, LLC under the name Keating Building Corporation.